UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

EDWIN K. BOONE,

Plaintiff,

v.

THE CREDIT PROS
INTERNATIONAL, LLC,

Defendant.
_____/

Case No. 9:23-cv-81200-AMC

Honorable Judge Aileen M. Cannon

**PLAINTIFF'S MOTION FOR
LEAVE TO FILE FIRST AMENDED COMPLAINT**

**NOW COMES** EDWIN K. BOONE ("Plaintiff"), by and through his undersigned counsel, and pursuant to Fed. R. Civ. P. 15(a)(2) and Local Rule 15.1, bringing this Motion for Leave to File First Amended Complaint, and in support thereof, stating as follows:

1. On August 29, 2023, Plaintiff filed the instant action against Credit Pros International, LLC, ("Defendant") seeking redress for violations of the Credit Repair Organizations Act ("CROA"), pursuant to 15 U.S.C. § 1679 *et seq.*, and the New Jersey Consumer Fraud Act ("CFA"), pursuant to N.J. Stat. Ann. § 56:8-1 *et seq.* [Dkt. 1]

2. On October 31, 2023, Defendant filed a Motion to Dismiss pursuant to pursuant to Fed. R. Civ. P. 9(b) and 12(b)(6), as well as Local Rule 7.1 ("Defendant's Motion") arguing that Plaintiff's claims should be dismissed with prejudice. [Dkt. 5].

3. After a thorough analysis of Defendant's Motion, Plaintiff believes that all of the alleged deficiencies raised in Defendant's Motion can be cured through an amendment.

1

*See attached* Exhibit A, a true and correct copy of Plaintiff's proposed First Amended Complaint.

4. Pursuant to Fed. R. Civ. P. 15(a)(2), a court should freely give a party leave to amend its pleading when justice requires.

5. "Rule 15(a) declares that leave to amend 'shall be freely given when justice so requires'; this mandate is to be heeded. If the underlying facts or circumstances relied upon by a plaintiff may be a proper subject of relief, he ought to be afforded an opportunity to test his claim on the merits. In the absence of any apparent or declared reason--such as undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendment, futility of amendment, etc.--the leave sought should, as the rules require, be 'freely given.'" *Foman v. Davis*, 371 U.S. 178, 182 (1962) (emphasis added).

6. Here, no good cause exists to deny Plaintiff's request to amend his complaint.

7. Specifically, the amendment would not unduly prejudice Defendant because (1) this litigation is in its early stages and (2) the amendment is sought to conform and specify the pleadings to the facts.

8. Moreover, the amendment will not impact any deadlines previously set by the Court.

9. Plaintiff seeks to amend his complaint in good faith and this is Plaintiff's first request to amend his complaint.

10. Based on the foregoing, the interests of justice dictate that Plaintiff should be afforded the opportunity to amend his complaint.

11. Plaintiff's counsel conferred with Defendant's counsel regarding the relief sought herein and Defendant's counsel does not object to the instant motion.

**WHEREFORE**, Plaintiff respectfully requests this Honorable Court to enter an order granting Plaintiff leave to file his First Amended Complaint and grant any further relief the Court deems just and proper.

<u>Pre-Filing Conference Certification Pursuant to Local Rule 7.1(a)(3)</u>

Plaintiff's counsel has made reasonable efforts to confer with Defendant's counsel and Defendant's counsel has no objection to the instant motion.

Dated: December 5, 2023

Respectfully submitted,

<u>/s/ Alexander J. Taylor</u>
Alexander J. Taylor, Esq.
*Counsel for Plaintiff*
Florida Bar No. 1013947
Sulaiman Law Group, Ltd.
2500 South Highland Avenue, Suite 200
Lombard, IL 60148
Telephone: (630) 575-8181
ataylor@sulaimanlaw.com